

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,849-01

**EX PARTE ROSHAN SAH, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-1-010292-1272135-A
### IN THE CRIMINAL DISTRICT COURT NO. 1
### OF TARRANT COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to murder and was sentenced by the trial court to life imprisonment. His appeal was dismissed on his motion. *Sah v. State*, No. 08-13-00129-CR (Tex. App.—El Paso May. 23, 2014) (not designated for publication).

Applicant argues that counsel was ineffective for not pursuing the issue of sudden passion during the punishment hearing. The trial court signed findings of fact and conclusions of law

recommending that relief be denied. We agree that relief should be denied but we decline to adopt finding of fact eight. Based upon the remaining findings and conclusions and our independent review of the record, we deny relief.

Filed: July 1, 2015

Do not publish